IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01339-WYD-KLM

CHARLES E. PEA,

Plaintiff,

v.

ELAVON, INC.; and US BANK NATIONAL
ASSOCIATION d/b/a US BANK,

Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| McNAMARA ROSEMAN & SHECHTER LLP | JACKSON LEWIS P.C. |
|---|---|
| By: /s Barry D. Roseman | By: /s Timothy M. Kratz |
| Barry D. Roseman, Esq. | Timothy M. Kratz, Esq. |
| 1640 East 18th Avenue | 950 17th Street, Suite 2600 |
| Denver, Colorado 80218 | Denver, Colorado 80202 |
| 303/333-8700 | 303) 892-0404 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED.**

Dated: October 22, 2015

Hon. Kristen L. Mix
United States Magistrate Judge