IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01339-WYD-KLM

CHALES E. PEA,,

    Plaintiff,

v.

ELAVON, INC., and
US BANK NATIONAL ASSOCIATION, doing business as US Bank,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Approval of Stipulated Protective Order Concerning Confidential Information [#24]**[1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information [#24-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: November 18, 2015

---

[1] "[#24]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.